**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gerald W Gotch                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-10435 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                         Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
07 Nov 2022, 07:10:23, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com