# PROCEEDING MEMO

Date: 01/17/2023 01:30 pm

In re:   Gerald W. Gotch

Bankruptcy No. 18-10435-CMB
Chapter: 7
Doc. # 117

Appearances:  Brian C. Nicholas, Dai Rosenblum

Nature of Proceeding: #117 Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing LLC

Additional Pleadings: #121 Response by Debtor

OUTCOME:  Hearing held.  Motion withdrawn.

FILED
1/18/23 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
U.S. Bankruptcy Judge