| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gerald W. Gotch<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2434<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–10435–CMB | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gerald W. Gotch

2/15/23

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10435-CMB |
| Gerald W. Gotch | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald W. Gotch, 740 S. Keel Ridge Road, Hermitage, PA 16148-9123 |
| sp | + | Darren K. Parr, 967 Liberty Ave., Floor 2, Pittsburgh, PA 15222-3701 |
| cr | + | LAKEVIEW LOAN SERVICING LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14826429 | + | Hermitage c/o Berkheimer, Mercer Office, Hermitage Municipal Building, 800 North Hermitage Road, Hermitage, PA 16148-3220 |
| 14826430 | + | Kay Jewelers/DNF Associates LLC, 375 Ghent Road, Akron, OH 44333-4601 |
| 14913502 | + | M&T Bank as servicer for, Lakeview Loan Servicing LLC, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14826432 | #+ | McCabe, Weisberg, & Conway LLC, 123 S. Broad St., Ste. 1400, Philadelphia, PA 19109-1060 |
| 14826433 | + | Medical Data Systems Inc., 2120 15th Avenue, Vero Beach, FL 32960-3436 |
| 14826436 | + | Penn-Ohio Associates, in Anesthesiology, 740 E. State St., Sharon, PA 16146-3328 |
| 14826438 | + | Primary Health Network, 63 Pitt St., Sharon, PA 16146-2102 |
| 14826439 | + | Sharon Regional, 740 E. State St., Sharon, PA 16146-3395 |
| 14826440 | + | Sharon Regional Health System, 740 E. State St., Sharon, PA 16146-3395 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 16 2023 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14879630 | + | EDI: LCIFULLSRV | Feb 16 2023 05:04:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14826424 | | EDI: CAPITALONE.COM | Feb 16 2023 05:04:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14826425 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 16 2023 00:00:00 | Cenlar, P.O. Box 77404, Trenton, NJ 08628 |
| 14826426 | | EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Citibank/Citigroup, Bankruptcy Dept., P.O. Box 6034, Sioux Falls, SD 57117 |
| 14826427 | + | EDI: WFNNB.COM | Feb 16 2023 05:04:00 | Comenity Bank, One Righter Parkway, Suite 100, Wilmington, DE 19803-1533 |
| 14826428 | | Email/Text: bdsupport@creditmanagementcompany.com | Feb 16 2023 00:01:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14859872 | | EDI: DISCOVER.COM | Feb 16 2023 05:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14826431 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 18-10435-CMB    Doc 127    Filed 02/17/23    Entered 02/18/23 00:25:31    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 16 2023 00:00:00 | Lakeview Loan Servicing LLC, 507 Prudential Rd., Horsham, PA 19044-2308 |
| 14880854 | + | Email/Text: BKelectronicnotices@cenlar.com | Feb 16 2023 00:00:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14868131 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:00:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14826434 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:00:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14826435 | | EDI: PENNDEPTREV | Feb 16 2023 05:04:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14826435 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:00:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14826437 | | EDI: PRA.COM | Feb 16 2023 05:04:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14878826 | | EDI: PRA.COM | Feb 16 2023 05:04:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827685 | + | EDI: RECOVERYCORP.COM | Feb 16 2023 05:04:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14829146 | + | EDI: PENNDEPTREV | Feb 16 2023 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14829146 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14826442 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Synchrony Bank, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14826441 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Synchrony Bank, 4500 Munson St. NW, Canton, OH 44718-3607 |
| 14826443 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14881135 | + | Email/Text: bncmail@w-legal.com | Feb 16 2023 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14826444 | + | EDI: WTRRNBANK.COM | Feb 16 2023 05:04:00 | TD Bank/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14871752 | ^ | MEBN | Feb 15 2023 23:57:09 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14826445 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 16 2023 00:00:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M & T |
| cr | | M&T as servicer for Lakeview Loan Servicing, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14879631 | *+ | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Dai Rosenblum | on behalf of Debtor Gerald W. Gotch dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Raymond M Kempinski | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |

TOTAL: 9