**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GERALD W. GOTCH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-10435 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/04/2018 and confirmed on 11/19/2018 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,411.52 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,411.52 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 3,396.15 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,396.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 57,652.86 | 0.00 | 57,652.86 |
|     Acct: 0205 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0205 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 17,042.73 | 10,130.85 | 0.00 | 10,130.85 |
|     Acct: 0205 | | | | |
|   PA DEPARTMENT OF REVENUE* | 324.22 | 184.49 | 42.17 | 226.66 |
|     Acct: 2432 | | | | |
| | | | | 68,010.37 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD W. GOTCH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD W. GOTCH | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERMITAGE SD & CITY OF HERMITAGE (E | 255.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2434 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,027.12 | 0.00 | 0.00 | 0.00 |
| Acct: 2434 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0435 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 1,101.07 | 0.00 | 0.00 | 0.00 |
| Acct: 8455 | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7076 | | | | |
| ANTERO CAPITAL LLC | 699.82 | 0.00 | 0.00 | 0.00 |
| Acct: 7134 | | | | |
| MEDICAL DATA SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4425 | | | | |
| MEDICAL DATA SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9845 | | | | |
| MIDLAND FUNDING LLC | 2,419.20 | 0.00 | 0.00 | 0.00 |
| Acct: 7548 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,113.23 | 0.00 | 0.00 | 0.00 |
| Acct: 0317 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0889 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 560.63 | 0.00 | 0.00 | 0.00 |
| Acct: 2537 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,043.93 | 0.00 | 0.00 | 0.00 |
| Acct: 8273 | | | | |
| TD BANK USA NA** | 120.14 | 0.00 | 0.00 | 0.00 |
| Acct: 1890 | | | | |
| WAKEFIELD AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4271 | | | | |
| PA DEPARTMENT OF REVENUE* | 614.07 | 0.00 | 0.00 | 0.00 |
| Acct: 2434 | | | | |
| DISCOVER BANK(*) | 3,489.91 | 0.00 | 0.00 | 0.00 |
| Acct: 8310 | | | | |
| UPMC PHYSICIAN SERVICES | 112.96 | 0.00 | 0.00 | 0.00 |
| Acct: 2434 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8273 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8706 | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN OHIO ASSOCIATES IN ANESTHESIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 18-10435 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    SHARON REG HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

***N O N E***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 68,015.37 |

TOTAL CLAIMED
PRIORITY            1,287.12
SECURED            17,366.95
UNSECURED          11.274.96

Date: 03/15/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com